# United States District Court
# District of Minnesota

Liberty Leasing Company

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 00-1911JRT/FLN

Progressive Dairies Management, Inc. and
Progressive Dairies of Georgia II

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant, Progressive Dairies Management, Inc. the sum of $570,196.06 and plaintiff recover of defendant, Progressive Dairies of Georgia II the sum of $200,000 for a grand total of $770,196.06.

FRANCIS E. DOSAL, CLERK

DATED: April 25, 2001

By ______________________________
Denise LaFond, Deputy Clerk

Principal/Damages $ 770,196.06

**TOTAL JUDGMENT** $ 770,196.06